

# Fourth Court of Appeals
## San Antonio, Texas

December 30, 2016

No. 04-16-00615-CR

Chima **OKORIE,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR2022
Honorable Pat Priest, Judge Presiding

## O R D E R

The reporter's record in this appeal was originally due November 7, 2016. On October 12, 2016, reporter Bettina J. Williams filed the "Punishment Phase/Sentencing Phase" portion of the record. Then, on November 8, 2016, reporter Roxanne F. Pena filed the "Bond Reduction Agreement" portion of the record. However, reporter Lisa J. Ramos failed to file her portion of the reporter's record. On November 15, 2016, this court notified Ms. Ramos by letter that she is the court reporter responsible for timely filing the remaining portion of the reporter's record, and that portion of the record had not been filed. Our notice required Ms. Ramos to file the record no later than December 15, 2016, unless appellant had failed to pay or make arrangements to pay the fee for preparing the record and is not entitled to appeal without paying the fee, in which case Ms. Ramos was required to file a notice so advising the court no later than November 28, 2016. We received no response to our letter from Ms. Ramos.

Accordingly, we **ORDER** court reporter Lisa J. Ramos to file her portion of the record in this court on or before **January 30, 2017**. Ms. Ramos is advised that if the record is not received by this date, we may order her to appear and show cause why she should not be held in contempt. Ms. Ramos is further advised that no extensions of time will be granted absent written proof extraordinary circumstances.

We **ORDER** the clerk of this court to serve this order on **LISA J. RAMOS** by certified mail, return receipt requested, and by first class United States mail. Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX. R. APP. P. 35.3(c), we also **ORDER** the clerk of this court to serve a copy of this order on

the trial court. We further **ORDER** the clerk of this court to serve a copy of this order on all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of December, 2016.

_____
Keith E. Hottle
Clerk of Court